Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Frank Munoz

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (SBN 281162)
10100 Santa Monica Blvd. 23rd Floor
Los Angeles, CA 90067-4008
Telephone:    (310) 712-6100
Facsimile:    (310) 712-6199
sdiamond@kelleydrye.com

Attorneys for Defendants
Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **FRANK MUNOZ,** | Case No.: 2:17-cv-02228-JAM-AC |
| Plaintiff, | Assigned to: Hon. John A. Mendez<br>Referred to: Hon. Allison Claire |
| v. | |
| **KOHLS DEPARTMENT STORES, INC.,** **and DOES 1 through 100 inclusive,** | **STIPULATION FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER** |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Frank Munoz and defendant Kohl's Department Stores, Inc. that Kohl's Department Stores, Inc. be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: December 4, 2018

**SAGARIA LAW, P.C.**

By: _/s/ Elliot Gale_
Elliot Gale
Attorney for Plaintiff Frank Munoz

DATED: December 4, 2018

KELLEY DRYE & WARREN LLP

By: _/s/ Sarah E. Diamond_
Sarah E. Diamond
Attorney for Defendant Kohl's Department Stores, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sarah E. Diamond has concurred in this filing.

_/s/ Elliot Gale_

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Kohl's Department Stores, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 10, 2019

Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.; [PROPOSED] ORDER -2-